| | | |
|---|---|---|
| Brian Audette | The Honorable: | PAMELA S. HOLLIS |
| Perkins Coie LLP | Chapter 7 | |
| 131 South Dearborn St | Location: | 219 S. Dearborn, Courtroom 644, Chicago, IL |
| Ste. 1700 | Hearing Date: | 01/09/2014 |
| Chicago, IL 60603-5559 | Hearing Time: | 10:30am |
| (312) 324-8534 | Response Date: | / / |
| Chapter 7 Trustee | | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: MILLER, BRIAN A. § Case No. 12-14806
MILLER, PATRICIA §
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on April 11, 2012. The undersigned trustee was appointed on April 11, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

4. The trustee realized the gross receipts of $ 61,448.77

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1] | $ 61,448.77 |

The remaining funds are available for distribution.

    5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

    6. The deadline for filing non-governmental claims in this case was 03/04/2013 and the deadline for filing governmental claims was 10/08/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7. The Trustee's proposed distribution is attached as **Exhibit D**.

    8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,322.44. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $6,322.44, for a total compensation of $6,322.44.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/27/2013           By:/s/Brian Audette
                                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-14806  
**Case Name:** MILLER, BRIAN A.  
MILLER, PATRICIA  
**Period Ending:** 11/27/13

**Trustee:** (330232)  Brian Audette, Chapter 7 Trustee  
**Filed (f) or Converted (c):** 04/11/12 (f)  
**§341(a) Meeting Date:** 06/15/12  
**Claims Bar Date:** 03/04/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  MB Savings Account<br>    Imported from original petition Doc# 1 | 6,202.00 | 1,202.00 | | 0.00 | FA |
| 2  MB Checking Account<br>    Imported from original petition Doc# 1 | 343.91 | 343.91 | | 0.00 | FA |
| 3  MB Checking Account<br>    Imported from original petition Doc# 1 | 1,772.11 | 1,772.11 | | 0.00 | FA |
| 4  5 shares in Anderson Brothers Storage & Moving.<br>    Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 5  Estate of Brian Miller's mother. Value unknown.<br>    Imported from original petition Doc# 1 | Unknown | 0.00 | | 61,448.77 | FA |
| 6  Brian Miller's interest in personal injury claim<br>    Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | 0.00 |
| 7  2010 Chevrolet Impala - over 34,000 miles<br>    Imported from original petition Doc# 1 | 10,450.00 | 5,650.00 | | 0.00 | FA |
| **7**  Assets  **Totals** (Excluding unknown values) | **$18,768.02** | **$8,968.02** | | **$61,448.77** | **$0.00** |

**Major Activities Affecting Case Closing:**

In the process of investigating a possible distribution the Debtor will receive from an estate.

**Initial Projected Date Of Final Report (TFR):**   December 31, 2013        **Current Projected Date Of Final Report (TFR):**   December 31, 2014

Printed: 11/27/2013 12:15 PM        V.13.13

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 12-14806  
**Case Name:** MILLER, BRIAN A.  
MILLER, PATRICIA  
**Taxpayer ID #:** **-***0832  
**Period Ending:** 11/27/13

**Trustee:** Brian Audette, Chapter 7 Trustee (330232)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****088266 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/18/13 | {5} | Estate of Mary Jane Miller | Payment of portion of Debtor's distribution from the estate pursuant to 08.15.13 court order | 1129-000 | 61,448.77 | | 61,448.77 |
| | | | **ACCOUNT TOTALS** | | 61,448.77 | 0.00 | **$61,448.77** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 61,448.77 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$61,448.77** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****088266** | 61,448.77 | 0.00 | 61,448.77 |
| | **$61,448.77** | **$0.00** | **$61,448.77** |

{} Asset reference(s)

Printed: 11/27/2013 12:15 PM   V.13.13

# Claims Register

## Case:  12-14806    MILLER, BRIAN A.

Claims Bar Date:  03/04/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
|  | Brian Audette, Chapter 7 Trustee<br>131 South Dearborn St<br>Ste. 1700<br>Chicago, IL 60603-5559<br><2100-00  Trustee Compensation>, 200 | Admin Ch. 7<br>04/11/12 |  | $6,322.44<br>$6,322.44 | $0.00 | $6,322.44 |
| 1P | Dept of Treasury - Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346<br><5800-00  Claims of Governmental Units>, 570 | Priority<br>12/05/12 |  | $266.64<br>$266.64 | $0.00 | $266.64 |
| 1S | Dept of Treasury - Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346<br><4300-00  Internal Revenue Service Tax Liens (pre-petition)>, 100 | Secured<br>12/05/12 |  | $7,263.78<br>$7,263.78 | $0.00 | $7,263.78 |
| 1U | Dept of Treasury - Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>12/05/12 |  | $288.07<br>$288.07 | $0.00 | $288.07 |
| 2 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>12/21/12 |  | $3,343.62<br>$3,343.62 | $0.00 | $3,343.62 |
| 3 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>01/07/13 |  | $14,807.35<br>$14,807.35 | $0.00 | $14,807.35 |
| 4 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>01/15/13 |  | $10,299.08<br>$10,299.08 | $0.00 | $10,299.08 |
| 5 | Nelnet on behalf of US Dept of Education<br>U.S. Dept of Education<br>3015 South Parker Road Suite 400<br>Aurora, CO 80014<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>01/25/13 |  | $9,588.24<br>$9,588.24 | $0.00 | $9,588.24 |

# Claims Register

## Case: 12-14806    MILLER, BRIAN A.

Claims Bar Date: 03/04/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 6 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>02/27/13 | | $7,962.40<br>$7,962.40 | $0.00 | $7,962.40 |
| 7 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>03/04/13 | | $1,608.22<br>$1,608.22 | $0.00 | $1,608.22 |
| | | | **Case Total:** | | **$0.00** | **$61,749.84** |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 12-14806
Case Name: MILLER, BRIAN A.
Trustee Name: Brian Audette

**Balance on hand:**  $  61,448.77

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1S | Dept of Treasury - Internal Revenue Service | 7,263.78 | 7,263.78 | 0.00 | 7,263.78 |

Total to be paid to secured creditors:  $  7,263.78
Remaining balance:  $  54,184.99

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Brian Audette, Chapter 7 Trustee | 6,322.44 | 0.00 | 6,322.44 |

Total to be paid for chapter 7 administration expenses:  $  6,322.44
Remaining balance:  $  47,862.55

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $  0.00
Remaining balance:  $  47,862.55

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $266.64 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Dept of Treasury - Internal Revenue Service | 266.64 | 0.00 | 266.64 |

Total to be paid for priority claims:  $  266.64
Remaining balance:  $  47,595.91

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 47,896.98 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 99.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Dept of Treasury - Internal Revenue Service | 288.07 | 0.00 | 286.27 |
| 2 | PYOD, LLC its successors and assigns as assignee | 3,343.62 | 0.00 | 3,322.60 |
| 3 | Capital One Bank (USA), N.A. | 14,807.35 | 0.00 | 14,714.27 |
| 4 | FIA CARD SERVICES, N.A. | 10,299.08 | 0.00 | 10,234.34 |
| 5 | Nelnet on behalf of US Dept of Education | 9,588.24 | 0.00 | 9,527.97 |
| 6 | Discover Bank | 7,962.40 | 0.00 | 7,912.35 |
| 7 | eCAST Settlement Corporation, assignee | 1,608.22 | 0.00 | 1,598.11 |

Total to be paid for timely general unsecured claims:  $  47,595.91
Remaining balance:  $  0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $  0.00
Remaining balance:  $  0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $  0.00
Remaining balance:  $  0.00

**UST Form 101-7-TFR (05/1/2011)**

**UST Form 101-7-TFR (05/1/2011)**