| | | |
|---|---|---|
| Brian Audette | The Honorable: | PAMELA S. HOLLIS |
| Perkins Coie LLP | Chapter   7 | |
| 131 South Dearborn St | Location: | 219 S. Dearborn, Courtroom 644, Chicago, IL |
| Ste. 1700 | Hearing Date: | 01/09/2014 |
| Chicago, IL  60603-5559 | Hearing Time: | 10:30am |
| (312) 324-8534 | Response Date: | / / |
| Chapter 7 Trustee | | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: MILLER, BRIAN A. | § | Case No. 12-14806 |
| MILLER, PATRICIA | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

  Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
<u>Brian Audette</u>, trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

  The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:
 219 S. Dearborn Street, 7th Floor
 Chicago, IL 60604

  Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 20 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 10:30am on 01/09/2014 in Courtroom 644, United States Courthouse,
219 S. Dearborn Street
Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 11/27/2013    By: Brian A. Audette
                                                                         Trustee

Brian Audette
131 South Dearborn St
Ste. 1700
Chicago, IL  60603-5559
(312) 324-8534
BAudette@perkinscoie.com

**UST Form 101-7-NFR (10/1/2010)**

| | | |
|---|---|---|
| Brian Audette | The Honorable: | PAMELA S. HOLLIS |
| Perkins Coie LLP | Chapter  7 | |
| 131 South Dearborn St | Location: | 219 S. Dearborn, Courtroom 644, Chicago, IL |
| Ste. 1700 | Hearing Date: | 01/09/2014 |
| Chicago, IL  60603-5559 | Hearing Time: | 10:30am |
| (312) 324-8534 | Response Date: | / / |
| Chapter 7 Trustee | | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: MILLER, BRIAN A.   §   Case No. 12-14806
       MILLER, PATRICIA   §
                          §
Debtor(s)                 §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*   $   61,448.77

*and approved disbursements of*   $   0.00

*leaving a balance on hand of* [1]   $   61,448.77

**Balance on hand:**   $   61,448.77

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1S | Dept of Treasury - Internal Revenue Service | 7,263.78 | 7,263.78 | 0.00 | 7,263.78 |

Total to be paid to secured creditors:   $   7,263.78
Remaining balance:   $   54,184.99

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Brian Audette, Chapter 7 Trustee | 6,322.44 | 0.00 | 6,322.44 |

Total to be paid for chapter 7 administration expenses:   $   6,322.44
Remaining balance:   $   47,862.55

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  |  |  |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 47,862.55 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $266.64 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Dept of Treasury - Internal Revenue Service | 266.64 | 0.00 | 266.64 |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 266.64 |
| Remaining balance: | $ | 47,595.91 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 47,896.98 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 99.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Dept of Treasury - Internal Revenue Service | 288.07 | 0.00 | 286.27 |
| 2 | PYOD, LLC its successors and assigns as assignee | 3,343.62 | 0.00 | 3,322.60 |
| 3 | Capital One Bank (USA), N.A. | 14,807.35 | 0.00 | 14,714.27 |
| 4 | FIA CARD SERVICES, N.A. | 10,299.08 | 0.00 | 10,234.34 |
| 5 | Nelnet on behalf of US Dept of Education | 9,588.24 | 0.00 | 9,527.97 |
| 6 | Discover Bank | 7,962.40 | 0.00 | 7,912.35 |
| 7 | eCAST Settlement Corporation, assignee | 1,608.22 | 0.00 | 1,598.11 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 47,595.91 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $  0.00
Remaining balance:  $  0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $  0.00
Remaining balance:  $  0.00

Prepared By:  /s/Brian Audette
Trustee

Brian Audette
131 South Dearborn St
Ste. 1700
Chicago, IL  60603-5559
(312) 324-8534
BAudette@perkinscoie.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Brian A. Miller  
Patricia Miller  
     Debtors

Case No. 12-14806-PSH  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1    User: cmendoza1    Page 1 of 1    Date Rcvd: Dec 02, 2013  
                   Form ID: pdf006    Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2013.

```
db/jdb       +Brian A. Miller,    Patricia Miller,    6081 N. Sauganash Avenue,    2nd Floor,
               Chicago, IL 60646-5239
19050330      American Express Bank FSB,   c/o Becket and Lee LLP,   POB 3001,   Malvern  PA 19355-0701
18763261      Capital One,   PO Box 105474,   Atlanta, GA 30348-5474
18763262     +Capital One,   P.O. Box 30273,   Salt Lake City, UT 84130-0273
18763263     +Capital One Bank,   c/o Blitt and Gaines,   661 W. Glenn Avenue,   Wheeling, IL 60090-6017
19889368      Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
18763264      Chase,   Account Inquiries,   P.O. Box 15298,   Wilmington, DE 19850-5298
18763265      Chase,   Cardmenber Service,   PO BOX 15153,   Wilmington, DE 19886-5153
18763266     +Citi Cards,   Processing Center,   Des Moines, IA 50363-0001
18763267     +Department of Education,   PO Box 740283,   Atlanta, GA 30374-0283
18763268     +Discover,   c/o Blitt and Gaines Pc,   661 W. Glenn Avenue,   Wheeling, IL 60090-6017
19921460      FIA CARD SERVICES, N.A.,   4161 Piedmont Parkway,   NC4 105 03 14,   Greensboro, NC 27410
18763269     +GC Services Limited Partnership,   6330 Gulfton,   Houston, TX 77081-1198
18763271     +LTD Financial Services,   7322 Southwest Freeway,   Suite 1600,   Houston, TX 77074-2134
18763272     +Northshore University Healthsystem,   4901 Searle Pkwy,   Ste 330,   Skokie, IL 60077-5313
18763273     +University Accounting Services,   PO Box 918,   Brookfield, WI 53008-0918
20122117      eCAST Settlement Corporation, assignee,   of Chase Bank USA, N.A.,   POB 29262,
               New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
18763260     +E-mail/Text: administration@gatestoneco.com Dec 03 2013 02:00:15     Bank of America,
               c/o Collectcorp Corporation,   455 N. 3rd Street, Suite 260,   Phoenix, AZ 85004-3937
18763270      E-mail/Text: cio.bncmail@irs.gov Dec 03 2013 01:59:53
               Dept of Treasury - Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
20095603      E-mail/PDF: mrdiscen@discoverfinancial.com Dec 03 2013 01:54:53     Discover Bank,
               DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
19960829     +E-mail/Text: electronicbkydocs@nelnet.net Dec 03 2013 02:00:43
               Nelnet on behalf of US Dept of Education,   U.S. Dept of Education,
               3015 South Parker Road Suite 400,   Aurora CO 80014-2904
19841768     +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 03 2013 01:54:48
               PYOD, LLC its successors and assigns as assignee,   of Citibank, N.A.,
               Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
                                                                                             TOTAL: 5
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2013                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2013 at the address(es) listed below:

```
              Brian Audette    baudette@perkinscoie.com, IL32@ecfcbis.com
              Deborah K Ebner    on behalf of Joint Debtor Patricia Miller dkebner@deborahebnerlaw.com,
               sbutz@deborahebnerlaw.com;webmaster@debnertrustee.com;lizd@deborahebnerlaw.com
              Deborah K Ebner    on behalf of Debtor Brian A. Miller dkebner@deborahebnerlaw.com,
               sbutz@deborahebnerlaw.com;webmaster@debnertrustee.com;lizd@deborahebnerlaw.com
              James J Burns, JR    on behalf of Debtor Brian A. Miller bandwlaw@sbcglobal.net
              James J Burns, JR    on behalf of Joint Debtor Patricia  Miller bandwlaw@sbcglobal.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 6
```