# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: MILLER, BRIAN A. § Case No. 12-14806
     MILLER, PATRICIA § 
  §
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Brian Audette, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $18,768.02        Assets Exempt: $27,800.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $55,126.33    Claims Discharged
                                                Without Payment: $301.07

Total Expenses of Administration: $6,322.44

3) Total gross receipts of $ 61,448.77 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $61,448.77 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $7,263.78 | $7,263.78 | $7,263.78 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 6,322.44 | 6,322.44 | 6,322.44 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 266.64 | 266.64 | 266.64 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 47,896.98 | 47,896.98 | 47,595.91 |
| **TOTAL DISBURSEMENTS** | $0.00 | $61,749.84 | $61,749.84 | $61,448.77 |

    4) This case was originally filed under Chapter 7 on April 11, 2012. The case was pending for 25 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/28/2014          By: /s/Brian Audette
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Estate of Brian Miller's mother. Value unknown. | 1129-000 | 61,448.77 |
| **TOTAL GROSS RECEIPTS** | | **$61,448.77** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1S | Dept of Treasury - Internal Revenue Service | 4300-000 | N/A | 7,263.78 | 7,263.78 | 7,263.78 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$7,263.78** | **$7,263.78** | **$7,263.78** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Brian Audette, Chapter 7 Trustee | 2100-000 | N/A | 6,322.44 | 6,322.44 | 6,322.44 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$6,322.44** | **$6,322.44** | **$6,322.44** |

**EXHIBIT 5 ─PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 ─PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Dept of Treasury - Internal Revenue Service | 5800-000 | N/A | 266.64 | 266.64 | 266.64 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $266.64 | $266.64 | $266.64 |

**EXHIBIT 7 ─GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Dept of Treasury - Internal Revenue Service | 7100-000 | N/A | 288.07 | 288.07 | 286.27 |
| 2 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 3,343.62 | 3,343.62 | 3,322.60 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 14,807.35 | 14,807.35 | 14,714.27 |
| 4 | FIA CARD SERVICES, N.A. | 7100-000 | N/A | 10,299.08 | 10,299.08 | 10,234.34 |
| 5 | Nelnet on behalf of US Dept of Education | 7100-000 | N/A | 9,588.24 | 9,588.24 | 9,527.97 |
| 6 | Discover Bank | 7100-000 | N/A | 7,962.40 | 7,962.40 | 7,912.35 |
| 7 | eCAST Settlement Corporation, assignee | 7100-000 | N/A | 1,608.22 | 1,608.22 | 1,598.11 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $0.00 | $47,896.98 | $47,896.98 | $47,595.91 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-14806  
**Case Name:** MILLER, BRIAN A.  
               MILLER, PATRICIA  
**Period Ending:** 04/28/14

**Trustee:** (330232) Brian Audette, Chapter 7 Trustee  
**Filed (f) or Converted (c):** 04/11/12 (f)  
**§341(a) Meeting Date:** 06/15/12  
**Claims Bar Date:** 03/04/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | MB Savings Account<br>Imported from original petition Doc# 1 | 6,202.00 | 1,202.00 | | 0.00 | FA |
| 2 | MB Checking Account<br>Imported from original petition Doc# 1 | 343.91 | 343.91 | | 0.00 | FA |
| 3 | MB Checking Account<br>Imported from original petition Doc# 1 | 1,772.11 | 1,772.11 | | 0.00 | FA |
| 4 | 5 shares in Anderson Brothers Storage & Moving.<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 5 | Estate of Brian Miller's mother. Value unknown.<br>Imported from original petition Doc# 1 | Unknown | 0.00 | | 61,448.77 | FA |
| 6 | Brian Miller's interest in personal injury claim<br>Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | 0.00 |
| 7 | 2010 Chevrolet Impala - over 34,000 miles<br>Imported from original petition Doc# 1 | 10,450.00 | 5,650.00 | | 0.00 | FA |
| 7 | Assets   Totals (Excluding unknown values) | **$18,768.02** | **$8,968.02** | | **$61,448.77** | **$0.00** |

**Major Activities Affecting Case Closing:**

    Case closed and trustee discharged 3/25/14.

**Initial Projected Date Of Final Report (TFR):** December 31, 2013       **Current Projected Date Of Final Report (TFR):** December 31, 2014

Printed: 04/28/2014 03:22 PM   V.13.14

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-14806  
**Case Name:** MILLER, BRIAN A.  
MILLER, PATRICIA  
**Taxpayer ID #:** **-***0832  
**Period Ending:** 04/28/14  

**Trustee:** Brian Audette, Chapter 7 Trustee (330232)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8266 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/18/13 | {5} | Estate of Mary Jane Miller | Payment of portion of Debtor's distribution from the estate pursuant to 08.15.13 court order | 1129-000 | 61,448.77 | | 61,448.77 |
| 01/09/14 | 101 | Dept of Treasury - Internal Revenue Service | Dividend paid 100.00% on $7,263.78; Claim# 1S; Filed: $7,263.78; Reference: | 4300-000 | | 7,263.78 | 54,184.99 |
| 01/09/14 | 102 | Brian Audette, Chapter 7 Trustee | Dividend paid 100.00% on $6,322.44, Trustee Compensation; Reference: | 2100-000 | | 6,322.44 | 47,862.55 |
| 01/09/14 | 103 | Dept of Treasury - Internal Revenue Service | Dividend paid 100.00% on $266.64; Claim# 1P; Filed: $266.64; Reference: | 5800-000 | | 266.64 | 47,595.91 |
| 01/09/14 | 104 | Dept of Treasury - Internal Revenue Service | Dividend paid 99.37% on $288.07; Claim# 1U; Filed: $288.07; Reference: | 7100-000 | | 286.27 | 47,309.64 |
| 01/09/14 | 105 | PYOD, LLC its successors and assigns as assignee | Dividend paid 99.37% on $3,343.62; Claim# 2; Filed: $3,343.62; Reference: | 7100-000 | | 3,322.60 | 43,987.04 |
| 01/09/14 | 106 | Capital One Bank (USA), N.A. | Dividend paid 99.37% on $14,807.35; Claim# 3; Filed: $14,807.35; Reference: | 7100-000 | | 14,714.27 | 29,272.77 |
| 01/09/14 | 107 | FIA CARD SERVICES, N.A. | Dividend paid 99.37% on $10,299.08; Claim# 4; Filed: $10,299.08; Reference: | 7100-000 | | 10,234.34 | 19,038.43 |
| 01/09/14 | 108 | Nelnet on behalf of US Dept of Education | Dividend paid 99.37% on $9,588.24; Claim# 5; Filed: $9,588.24; Reference: | 7100-000 | | 9,527.97 | 9,510.46 |
| 01/09/14 | 109 | Discover Bank | Dividend paid 99.37% on $7,962.40; Claim# 6; Filed: $7,962.40; Reference: | 7100-000 | | 7,912.35 | 1,598.11 |
| 01/09/14 | 110 | eCAST Settlement Corporation, assignee | Dividend paid 99.37% on $1,608.22; Claim# 7; Filed: $1,608.22; Reference: | 7100-000 | | 1,598.11 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 61,448.77 | 61,448.77 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 61,448.77 | 61,448.77 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$61,448.77** | **$61,448.77** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******8266** | 61,448.77 | 61,448.77 | 0.00 |
| | **$61,448.77** | **$61,448.77** | **$0.00** |

{} Asset reference(s)

Printed: 04/28/2014 03:22 PM V.13.14